# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN HARVEY, | : | Civil Action No.: 1:23-cv-12798 |
| Plaintiff, | : | |
| v. | : | |
| TRINETX, LLC, SHIELDS CARSTARPHEN, and JENNIFER EAGAN, | : | |
| Defendants. | : | |

## DEFENDANTS' MOTION TO DISMISS OR STRIKE

Defendants TriNetX, LLC ("TriNetX"), Shields Carstarphen ("Ms. Carstarphen"), and Jennifer Eagan ("Ms. Eagan") (collectively "Defendants") hereby move to dismiss Counts III, IV, VI, VII, VIII, and XI, and strike portions of Counts I and V asserted in Plaintiff's First Amended Complaint. As grounds for this request, the Defendants rely on the Memorandum of Law submitted herewith.

WHEREFORE, Defendants respectfully request that this Honorable Court dismiss with prejudice Counts III, IV, VI, VII, VIII and XI, and strike portions of Counts I and V asserted in Plaintiff's First Amended Complaint.

The Defendants request a hearing on this Motion.

    Respectfully submitted,
    Defendants TriNetX, LLC, Shields
    Carstarphen, and Jennifer Eagan
    By their attorneys,

    */s/ Mark C. Preiss*
    _____
    Mark C. Preiss, BBO #670091
    mpreiss@grsm.com
    857-504-6105
    Gordon Rees Scully Mansukhani, LLP
    28 State Street, Unit 1050

Boston, MA  02109

DATED:  February 15, 2024

## CERTIFICATE OF SERVICE

I hereby certify that, on February 15, 2024, a true and accurate copy of the foregoing pleading, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Mark C. Preiss*

Mark Preiss