UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN HARVEY, | : | Civil Action No.: 1:23-cv-12798 |
| Plaintiff, | : | |
| v. | : | |
| TRINETX, LLC, SHIELDS CARSTARPHEN, and JENNIFER EAGAN, | : | |
| Defendants. | : | |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS OR STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**

This matter coming before the Court on Defendants' Motion to Dismiss or Strike. It is hereby ordered that Counts III, IV, VI, VII, VIII, and XI are dismissed with prejudice. Furthermore, that portion of Count V alleging religious discrimination pursuant to M.G.L. c. 151B is dismissed with prejudice. As to those portions of Count I alleging interference with, restraint of, and denial of the rights protected by 29 U.S.C. 2601, *et seq*., those causes of action are dismissed with prejudice.

Dated: _____, 2024          BY THE COURT:

                                     _____

**CERTIFICATE OF SERVICE**

 I hereby certify that, on February 15, 2024, a true and accurate copy of the foregoing pleading, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                */s/ Mark C. Preiss*

                _____

                Mark Preiss